UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LATOYA CHISLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-52-BAJ-SDJ** |
| **FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., ET AL.** | |

### JOINT NOTICE OF SETTLEMENT AND REQUEST FOR CONDITIONAL ORDER OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Latoya Chisley ("**Chisley**"), and Defendant, Financial Business and Consumer Solutions, Inc. ("**FBCS**"), pursuant to Local Rule 16(c), and who hereby jointly notify the Court that they have settled all claims between them in the above-captioned matter and are in the process of executing final settlement documents and moving for dismissal.[1] Chisley and FBCS further request that this Court enter an Order of Dismissal allowing for the reinstatement of this matter if the settlement is not consummated within 60 days from the date of the Order.

Dated: June 3, 2020

Respectfully submitted,

*/s/ Samuel J. Ford*
Samuel J. Ford (La. Bar #36081)
**SCOTT, VICKNAIR, HAIR & CHECKI**
909 Poydras Street, Suite 1100
New Orleans, Louisiana 70112
Telephone: (504) 684-5200
Fax:          (504) 613-6351
Email:       ford@svhclaw.com

*Attorney for Plaintiff, Latoya Chisley*

---

[1] John Does 1-25 referenced in Chisley's complaint are fictitious names of individuals and businesses that were alleged for the purpose of substituting names of defendants whose identities may have been disclosed in discovery. As of the date of this Notice, no such defendants have been made parties to this action.

{N4018323.1}

2

and

*/s/ Samantha A. Oppenheim*_____
Mark A. Mintz (La. Bar # 31878)
Samantha A. Oppenheim (La. Bar # 38364)
**JONES WALKER LLP**
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8368; (504) 582-8641
Fax:    (504) 589-8368; (504) 589-8641
Email:    mmintz@joneswalker.com
    soppenheim@joneswalker.com

***Attorneys for Defendant, Financial Business and Consumer Solutions, Inc.***