UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LATOYA CHISLEY** | **CIVIL ACTION** |
| **VERSUS** | |
| **FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., ET AL.** | **NO.: 20-00052-BAJ-SDJ** |

### SIXTY-DAY ORDER OF DISMISSAL

Considering the **Joint Notice of Settlement and Request for Conditional Order of Dismissal (Doc. 14)** submitted in the above-captioned matter,

**IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the parties' rights to, within **SIXTY DAYS** and upon good cause shown, re-open this matter if the settlement is not consummated. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Baton Rouge, Louisiana, this 8th day of June, 2020

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**